FILED

08 MAR 17 PM 3: 17

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CARLOS ANTHONY HAWTHORNE II, Plaintiff,

vs.

R. AYERS Jr; A. Cota; R.W. Fox; J. PICKETT; D. LEE; T. HOLT; S. Robinson; R. CRUZ, ET. AL, Defendant.

CASE NO. CV 08 1473 WHA (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Carlos Anthony Hawthorne II, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

"Unemployed"

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No ✓

b. Income from stocks, bonds, or royalties? — Yes ___ No ✓

c. Rent payments? — Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? — Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? — Yes ___ No ✓

Spouse's Full Name: ______________________

Spouse's Place of Employment: ______________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ ______________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________

______________________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes ____ No ✓

Make __________ Year __________ Model __________

Is it financed? Yes _____ No _____ If so, Total due: $__________

Monthly Payment: $__________

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: __________

______________________________________

Present balance(s): $__________

Do you own any cash? Yes ____ No ✓ Amount: $__________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

______________________________________

8. What are your monthly expenses?

Rent: $ indigent Utilities: indigent

Food: $ indigent Clothing: indigent

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

______________________________________________

______________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

(C 04-4793 RMW (PR) Donald Debose Vs. M. Bell, et. al, C05-2857 RMW (PR)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

March 12, 2008 — DATE

Carlos Anthony Hawthorne II — SIGNATURE OF APPLICANT

REPORT ID: TS3030 .701 REPORT DATE: 10/01/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 01, 2007

ACCOUNT NUMBER : K67900 BED/CELL NUMBER: EY2 00000000041S
ACCOUNT NAME : HAWTHORNE, CARLOS ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 07/19 | FC01 | DRAW-FAC 1 | 0191/AGED | | | 0.18 | 0.18- |
| 07/20 | FR01 | CANTEEN RETUR | 0288/AGED | | | 0.18- | 0.00 |
| 07/20 | FR01 | CANTEEN RETUR | 0298/AGED | | | 0.18- | 0.18 |
| 08/06 | W536 | COPAY CHARGE | 0530/COPAY | | | 0.18 | 0.00 |
| 08/16* | DD30 | CASH DEPOSIT | 0690/R&R | | 22.50 | | 22.50 |
| 09/10 | FR01 | CANTEEN RETUR | 0947/AGED | | | 0.18- | 22.68 |
| 09/12 | W535 | DENTAL CHARGE | 0986/COPAY | | | 5.00 | 17.68 |
| 09/14 | FRR1 | REVERSE CANTE | 1057/REVSL | | | 0.18 | 17.50 |
| 09/24 | FC03 | DRAW-FAC 3 | 1185/LKUP3 | | | 17.50 | 0.00 |
| 09/28* | DD30 | CASH DEPOSIT | 1277MAILRM | | 22.50 | | 22.50 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/05/97 CASE NUMBER: BA137272
COUNTY CODE: LA FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | 9,139.57 |
| 08/16/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 9,114.57 |
| 09/28/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 9,089.57 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 45.00 | 22.50 | 22.50 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 22.50 |

REPORT ID: TS3030 .701

REPORT DATE: 12/31/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU DEC. 31, 2007

ACCOUNT NUMBER : K67900
ACCOUNT NAME : HAWTHORNE, CARLOS
PRIVILEGE GROUP: D

BED/CELL NUMBER: EY2 00000000041S
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 22.50 |
| 10/22 | FC03 | DRAW-FAC 3 | 1598/LKUP3 | | | 22.50 | 0.00 |
| 10/22 | FR01 | CANTEEN RETUR | 701612 | | | 0.05- | 0.05 |
| 11/16* | DD30 | CASH DEPOSIT | 2004MAILRM | | 22.50 | | 22.55 |
| 12/24 | FC03 | DRAW-FAC 3 | 2526LCKUP3 | | | 22.55 | 0.00 |
| 12/24 | FR01 | CANTEEN RETUR | 702537 | | | 6.95- | 6.95 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/05/97
COUNTY CODE: LA

CASE NUMBER: BA137272
FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 10/01/2007 | | BEGINNING BALANCE | | 9,089.57 |
| 11/16/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 9,064.57 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 22.50 | 22.50 | 38.05 | 6.95 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 6.95 |