April 1, 2008

Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102



Re: Civil Complaint

Dear Clerk:

I am incarcerated and do not have an attorney to assist me with this paperwork. I am asking for your assistance with these documents.

I am also requesting an extension in which to provide documented proof of my account balance, because the trust account office do(es) not provide copies upon request anymore and issues them out to all prisoners in bulk. It usually takes 3 to 6 months to recieve a current copy, but by that time, it will be about 9 months later.
I have submitted several requests to the Prisons trust account office, but have not recieved a response. It's been 15 days since the notice from the courts, and due to circumstances that are beyond my control - I have used every method that is at my disposal. I am housed in a maximum security housing unit and do not have the option of "free movement."
Please file this letter and stamp it for me and return a copy to me in the envelope enclosed with this letter. I am also requesting that you provide me with a hearing date on this matter at least (6) six weeks after the date of this letter.

Thank You for your attention to this matter.

Sincerely,
Carlos A. Hawthorne II
Carlos A. Hawthorne II
P.O. Box K-67900 S.Q.S.P.
San Quentin, CA 94974

Carlos A. Hairthorne II #K-67900
San Quentin State Prison
San Quentin, CA 94974

Legal Mail
Confidential

Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

WHA



