IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ANTHONY HAWTHORNE II,<br><br>    Plaintiff,<br><br>  v.<br><br>R. AYERS, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-1473 WHA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME** |

    Petitioner's motion for an extension of time to file his in forma pauperis materials (document number 4 on the docket) is **GRANTED**. The deadline is **EXTENDED** to May 17, 2008.

    **IT IS SO ORDERED.**

Dated: April    9   , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\HAWTHORNE1473.EXT-IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>          Plaintiff,<br><br>     v.<br><br>R. AYERS et al,<br><br>          Defendant. _____/ | Case Number: CV08-01473 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Carlos A. Hawthorne
K-67900
San Quentin State Prison
San Quentin, CA 94974

Dated: April 9, 2008

                              Richard W. Wieking, Clerk
                              By: D. Toland, Deputy Clerk