April 10, 2008

Clerk of the Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102



Re: Civil Complaint CV 08 1473 WHA (PR)

Dear Clerk:
I am incarcerated and do not have an attorney to assist me with this paperwork. I am asking for your assistance in helping me obtain copies of my current trust account statement(s) for the recent 3 months.
I've written several notes to the inmates trust accounting office, but my request(s) have gone unanswered and I have not recieved any responses or communication from the Supervising employee or anyone for that matter.
I am also requesting a full and complete copy of the Complaint CV 08 1473 WHA (PR) and all of the exhibits, in order to serve each of the defendants. This Plaintiff does not have a full and complete copy of the documents for himself, and only has a copy of Page One (1) of the complaint. I'm also asking for an "extension" in which to obtain more time to gather a full and complete copy of my trust account statement. Please stamp this letter and return a copy to me in the mail. I would deeply appreciate it if you would grant my request(s).

Thank You for your attention to this matter

Sincerely,
Carlos A. Hawthorne II #K-67900
Carlos A. Hawthorne II K-67900
San Quentin State Prison
San Quentin, CA 94974

Carlos A. Hawthorne II #K67900
San Quentin State Prison 2-EY-41
San Quentin, CA 94974

Legal Mail
Confidential

[San Quentin State Prison NSF stamp]

Court [Clerk]
Northern District of California
450 Golden Gate Avenue
San Francisco, CALIF 94102

[Pitney Bowes postage $00.41 APR 11 2008, mailed from ZIP code 94964]