Carlos Hawthorne
K-67900
San Quentin State Prison
San Quentin, CA 94974

FILED
08 APR 15 PM 1:51

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CARLOS ANTHONY HAWTHORNE II, | ) NO. CV 08-1473 WHA (PR) |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION FOR COURT ORDERED |
| R. AYERS, et al., | ) LEGAL SUPPLIES (STATIONERY) |
| Defendants. | ) |

TO: THE ABOVE-ENTITLED COURT; AND THE COURT CLERK:

PLEASE TAKE NOTICE that on the 13th day of April, 2008, the Plaintiff will move the court for an order alloting funds for the below mentioned legal supplies, or in the alternative, for an order to require the court clerk to furnish the Plaintiff with the following items necessary to his defenses preparation:

1) One ream (500 sheets) of numbered 28 line legal paper.
2) Ten (10) number 2 pencils.
3) One pack (100 sheets) of Carbon Paper.
4) Three Yellow legal tablets.
5) Twenty Manilla file-folders.
6) Two Alphabetized expansion files or similar folders
7) Twenty-Five (25) Stamped, legal size envelopes

8) Ten (10) mailing 9x12 manilla envelopes.
9) Two (2) pencil erasers.
10) 1 small plastic pencil sharpener.
11) 10 (Ten) Black writing pens.
12) 5 Books (20 each) first class postage stamps.

This motion is based on the pleadings of the case, the attached declaration of Carlos Anthony Hawthorne II, and the within memorandum of Points and Authorities.

Respectfully dated this 13th day of April, 2008.

Carlos A. Hawthorne II

MEMORANDUM OF POINTS AND AUTHORITIES

SMITH V. BENNETT, 365 U.S. 708, 6 L.Ed 39
Griffin V. Illinois, 100 L.Ed 891
MOONEY V. HOLOHAN, 294 U.S. 103 at 109
ROBERTS V. La Valles, 19 L.Ed.2d 41, 43
DRAPER V. Washington, 9 L.Ed.2d 899

DECLARATION IN SUPPORT OF MOTION

I, Carlos Anthony Hawthorne II, do declare that I am the Plaintiff in the instant case and that I am an indigent pro-per plaintiff. I believe the requested items are the minimal needs to begin a proper defense.

Defendant states under penalty of perjury that to the best of his knowledge, the foregoing is true and correct.

Carlos A. Hawthorne II

2.

# DECLARATION OF SERVICE BY MAIL

I, <u>Carlos Anthony Hawthorne II</u>, the undersigned, declare:
   Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am a party to the cause within. My residence address is:

    CDC No. <u>K-67900</u>    Housing <u>2-EY-41</u>
    San Quentin State Prison
    San Quentin, CA 94974

On <u>April 13</u>, <u>2008</u>, I served the following document(s):
   Month/Day    Year

<u>Motion for Court Ordered Legal Supplies (stationery)</u>

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

<u>Office of the Clerk U.S. District Court</u>
<u>Northern District of California</u>
<u>450 Golden Gate Avenue</u>
<u>San Francisco, CA 94102</u>

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this <u>13th</u> day of <u>April</u>, <u>2008</u>, at San Quentin, CA, County of Marin.

                                                              <u>Carlos A. Hawthorne II</u>
                                                                Signature of declarant

Carlos A. Hawthorne II * K-67000
San Quentin State Prison 2.EY.41
San Quentin, CA 94974



Legal Mail
Confidential

Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San F...    94102