**FILED**

APR 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# DECLARATION OF SERVICE BY MAIL

I, **FLOYD DANIEL SMITH**, the undersigned, declare:
Printed Name of Declarant

I am over the age of 18 years, a citizen of the United States of America, and am not a party to the cause within. My residence address is:

CDC No. **K-12700**   Housing **2 EY 40#**
San Quentin State Prison
San Quentin, CA 94974

On **April 20, 08**, I served the following document(s):
**ECF Registration Handout Information**
**1 copy of Complaint Case No# CV.08.1473.WHA (PR)**
**Declaration of Service By Mail**

on the parties and at the addresses described below by placing the pleadings in a sealed envelope, with postage fully prepaid, and presented said item(s) to Corrections Department staff for mailing in the United States Mail as per the rules and regulations governing outgoing legal mail at San Quentin State Prison.

**Defendants: Ayers, Fox, Pickett, Cota, Lee, Holt, Robinson and Cruz.**
**Each envelope included the words "Attn Legal Affairs**
**Liason, Legislative Division"**
**San Quentin State Prison**
**1 Main Street**
**San Quentin, Calif.**
**94964**

I swear under penalty of perjury that the foregoing is true of my own personal knowledge. Executed on this **April** day of **20**, **2008**, at San Quentin, CA, County of Marin.

_____
Signature of declarant