Carlos A. Hawthorne II 67900
San Quentin State Prison
San Quentin, CA 94974
Plaintiff, In Pro se

FILED
08 MAY -2 PM 1:52
[U.S. DISTRICT COURT stamp]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CARLOS ANTHONY HAWTHORNE II | Civil Action No. CV 08-1473 WHA (PR) |
|---|---|
| Plaintiff, | |
| V. | DECLARATION |
| R. AYERS, et. al., | |
| Defendants | |

Carlos Anthony Hawthorne II, hereby declares: that he is the aformentioned Plaintiff who has tried numerous times to obtain a signed and authorized, or original copy of the form entitled "Certification of funds in Prisoners trust account," to secure his In forma pauperis. On April 22, 2008, I sent a letter to a Mrs. Zoe Schonfeld, General Delivery for assistence in which to obtain this authorized document. I am at this moment waiting for a response.

Also, on April 1, 2008, I communicated to the court(s) that I have used every method that is at my disposal. I am housed in a Maximum Security Housing Unit and do not have the option of "free movement."

I declare under penalty of perjury that the forgoing is true and correct. Executed at San Quentin, California on April 28, 2008.

1.

1. Carlos A. Hawthorne #
2. Carlos A. Hawthorne II
3. San Quentin State Prison
4. San Quentin, CA 94974

Carlos A. Hawthorne II #K67900
San Quentin State Prison
San Quentin, CA 94974

Legal Mail
Confidential



Clerk
U.S.
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102