E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Carlos Anthony Hawthorne II
                    Plaintiff,

vs.                                    CASE NO. CV 08 1473

R. Ayers. Et. AL.,                     PRISONER'S
                                       APPLICATION TO PROCEED
                    Defendant.         IN FORMA PAUPERIS

                                                          WHA (PR)

I, Carlos Anthony Hawthorne II, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____∅_____   Net: _____∅_____

Employer: _____None_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____ None _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ✓
14     d.   Pensions, annuities, or              Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ None _____
22  _____
23  3.    Are you married?                       Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Ø _____ Net $_____ Ø _____
28  4.    a.   List amount you contribute to your spouse's support:$ ____ Ø ____

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ NONE _____

_____

5.  Do you own or are you buying a home?    Yes ___ No ✓

Estimated Market Value: $____ ∅ ____    Amount of Mortgage: $____ ∅ ____

6.  Do you own an automobile?    Yes ___ No ✓

Make ____ ∅ ____  Year ____ ∅ ____  Model ____ ∅ ____

Is it financed? Yes ___ No ∅ ___ If so, Total due: $____ ∅ ____

Monthly Payment: $ ____ ∅ ____

7.  Do you have a bank account? Yes ___ No ∅ (Do not include account numbers.)

Name(s) and address(es) of bank: _____ NONE _____

_____

Present balance(s): $ _____ ∅ _____

Do you own any cash? Yes ___ No ∅ Amount: $ _____ ∅ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No ✓

_____ NONE _____

8.  What are your monthly expenses?

Rent: $ ____ ∅ ____       Utilities: ____ ∅ ____

Food: $ ____ ∅ ____       Clothing: ____ ∅ ____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ∅ | $ ∅ | $ ∅ |
| ∅ | $ ∅ | $ ∅ |
| ∅ | $ ∅ | $ ∅ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____ None _____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5-7-08                               *Carlos A. Hawthorne II*

DATE                               SIGNATURE OF APPLICANT

Case Number: <u>CV 08-1473 WHA(PR)</u>

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>K67900 CARLOS HAWTHORNE</u> for the last six months at

[prisoner name]

<u>SAN QUENTIN</u> where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ <u>3.75</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $ <u>3.75</u>.

Dated: <u>5/5/08</u>          _____

[Authorized officer of the institution]

CALIFORNIA DEPARTMENT OF CORRECTIONS
SAN QUENTIN PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 05, 2007 THRU MAY 05, 2008

ACCOUNT NUMBER : K67900                        BED/CELL NUMBER: EY2 000000000415
ACCOUNT NAME   : HAWTHORNE, CARLOS             ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/05/2007 | | BEGINNING BALANCE | | | | | 0.05 |
| 11/16 | *DD30 | CASH DEPOSIT | 2004MAILRM | | 22.50 | | 22.55 |
| 12/24 | FC03 | DRAW-FAC 3 | 2526LCKUP3 | | | 22.55 | 0.00 |
| 12/24 | FR01 | CANTEEN RETUR | 702537 | | | 6.95- | 6.95 |
| ACTIVITY FOR 2008 | | | | | | | |
| 02/06 | FR01 | CANTEEN RETUR | 703033 | | | 2.80- | 9.75 |
| 02/19 | FC03 | DRAW-FAC 3 | 3199LCKUP3 | | | 9.75 | 0.00 |
| 04/03 | FRR1 | REVERSE CANTE | 3873/CORR | | | 0.18 | 0.18- |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 09/05/97                       CASE NUMBER: BA137272
COUNTY CODE: LA                                FINE AMOUNT: $ 10,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 11/05/2007 | | BEGINNING BALANCE | | 9,089.57 |
| 11/16/07 | DR30 | REST DED-CASH DEPOSIT | 25.00- | 9,064.57 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED       *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.05 | 22.50 | 22.73 | 0.18- | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
0.18-

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 5/5/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE



Carlos A. Hawthorne II #K-67900
San Quentin State Prison
San Quentin, CA 94974

Legal Mail
Confidential

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680