1 | Carlos A. Hawthorne II #K-67900
2 | San Quentin State Prison
3 | San Quentin, CA 94974
4 | Plaintiff, IN PRO SE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ANTHONY HAWTHORNE II<br><br>Plaintiff,<br><br>V.<br><br>R. AYERS, et al.,<br><br>Defendants. | Civil No. C 08-1473 WHA (PR)<br><br>DECLARATION OF CARLOS ANTHONY HAWTHORNE II |

I, Carlos Anthony Hawthorne II hereby declare that on the day of May 7, 2008, I met and spoke with Defendant Cruz who is also the assigned correctional counselor for the Plaintiff. UPON belief, Defendant Cruz Mailed to the courts the in forma pauperis documents and the (6) Six month(s) certification of the Plaintiff's trust account statement. See attached exhibit (original).

I declare under penalty of Perjury that the forgoing is is true and correct. Executed at San Quentin, California on May 27, 2008.

Carlos A. Hawthorne II #K-67900

*Carlos A. Hawthorne II K-67900*

STATE OF CALIFORNIA                                             MAR 0 2 2008  DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | | 1. | |
| 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Carlos A. Hawthorne II | K-67900 | | 2-EY-41 |

A. Describe Problem: I have been trying to get a certificate of funds document signed and Authorized for quite some time, in order to show the Federal Courts of my indigent status. I sent a copy of the attached form; with a letter on April 1, 2008, but have not recieved an answer, and I sent those documents to the trust account office. I don't have the option of free movement, so I cannot go as I please; to obtain such documentation.

If you need more space, attach one additional sheet.

B. Action Requested: 1) I am requesting that the canteen manager assist me in getting the attached document signed and authorized. 2) I am charging the Inmate trust account office with interfering with court preceedings and access to the courts.

Inmate/Parolee Signature: Carlos Anthony Hawthorne II          Date Submitted: 4-28-08

C. INFORMAL LEVEL (Date Received: 5-5-08)

Staff Response: GRANTED YOUR 6 MOS. CERTIFICATION WAS DONE AND SENT TO YOUR COUNSELOR ON 5-5-08 YOU NEED TO CONTACT HIM AND THEY NEED TO SEE YOU PUT THE PAPERS IN THE ENVELOPE AND PUT IT IN THE MAIL BOX.

Staff Signature: L. Kelm          Date Returned to Inmate: 5-5-08

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

Carlos A. Hawthorne II # K-67900
San Quentin State Prison
San Quentin, CA 94974

Legal Mail
Confidential



Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

UNITED STATES POSTAGE
$ 00.42⁰
PITNEY BOWES
02 1M
0004248283
MAILED FROM ZIP CODE 94964
MAY 29 2008