United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ANTHONY HAWTHORNE II,<br><br>    Plaintiff,<br><br>  v.<br>R. AYERS, JR.; A. COTA; R. W. FOX; J. PICKETT; D. LEE; T. HOLT; S. ROBINSON; and R. CRUZ;<br><br>    Defendant.<br>_____/ | No. C 08-1473 WHA (PR)<br><br>**ORDER DENYING MOTION FOR OF COUNSEL**<br><br>(Docket No. 36) |

       This is a civil rights case filed pro se by a state prisoner. He has filed a motion for "appointment" of counsel.

       There is no constitutional right to counsel in a civil case. *Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981). 28 U.S.C. § 1915 confers on a district court only the power to "request" that counsel represent a litigant who is proceeding in forma pauperis. 28 U.S.C. § 1915(e)(1). This does not give the courts the power to make "coercive appointments of counsel." *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989). In short, the Court has only the power to ask pro bono counsel to represent plaintiff, not the power to "appoint" counsel.

Plaintiff is capable of presenting his claims effectively, and the issues, at least at this stage, are not complex. The motion (document number 36 on the docket) is **DENIED**.

**IT IS SO ORDERED.**

Dated:   September 15, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\HAWTHORNE1473.ATY.wpd

2