UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CARLOS HAWTHORNE, II,<br><br>    Plaintiff,<br><br>    v.<br><br>R. AYERS, et al.,<br><br>    Defendants.<br>_____/ | No. C 08-1473<br><br>NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the settlement conference previously scheduled for February 2, 2011 at Solano State Prison will be held instead on February 24, 2011 at 9:00 a.m. at San Quentin State Prison.

Lead trial counsel shall appear at the settlement conference with the parties and persons having **full authority** to negotiate and settle the case.  **A person who needs to call another person not present before agreeing to any settlement does not have full authority.  To the extent that such consultations are necessary, they must be made in advance of the settlement conference.**

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than two weeks prior to the settlement conference.

1   No later than thirty (30) days prior to the settlement conference, counsel[1] shall prepare, e-
2   file and electronically submit (via email to NJVpo@cand.uscourts,gov) a Word or Wordperfect
3   version of the writ necessary to secure plaintiff's attendance at the settlement conference.  It is
4   counsel's[2] responsibility to determine whether security, health or other issues prevent the transport of
5   plaintiff to the settlement conference, and if so, to advise the Court of the same no later than thirty
6   (30) days prior to the settlement conference.

7   Any request to continue the settlement conference shall state the reason therefor and be
8   submitted in writing as soon as possible well in advance of the scheduled conference date.  Requests
9   to vacate the settlement referral must be made to the *referring* Judge, not Magistrate Judge Vadas.

10  The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this
11  case settles prior to the date set for the settlement conference.

13  IT IS SO ORDERED.

14  Dated: January 4, 2011



_____
Judge

---

[1] If plaintiff is represented, plaintiff's counsel shall submit any necessary writ/order.  If plaintiff is *pro se*, defense counsel shall submit any necessary writ/order.

[2] If plaintiff is represented, this is plaintiff's counsel's responsibility. If plaintiff is *pro se*, this is defense counsel's responsibility.

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| Hawthorne, | No. C 08-1473 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| Ayers, et al., | |
| Defendants. / | |

I, the undersigned, hereby certify that on January 4, 2011 I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

RICHARD W. WIEKING, CLERK

By:/s/
    Gloria Masterson
    Deputy Clerk