UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CARLOS ANTHONY HAWTHORNE, II,<br><br>  Plaintiff,<br><br>  v.<br><br>AYERS, et al.,<br><br>  Defendants.<br>_____/ | No. C 08-1473 WHA (NJV)<br><br>WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of CARLOS ANTHONY HAWTHORNE, II, presently in custody in San Quentin State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: February 22, 2011

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   LAURIE SMITH, SHERIFF OF SANTA CLARA COUNTY

GREETINGS

WE COMMAND that you have and produce the body of Carlos Anthony Hawthorne, II, in your custody in the hereinabove-mentioned institution, at 9:00 a.m. on February 24, 2011, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of

Hawthorne v. Ayers, et al., and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 22, 2011

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: February 22, 2011



NANDOR J. VADAS
United States Magistrate Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CARLOS ANTHONY HAWTHORNE, II,<br><br>Plaintiff,<br><br>v.<br><br>AYERS, et al.<br><br>Defendants._____/ | No. C 08-1473 WHA (NJV)<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on February 22, 2011, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

**Carlos A. Hawthorne, II**
K-67900
San Quentin State Prison
San Quentin, CA 94974

*Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3