United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ANTHONY HAWTHORNE II,<br><br>            Plaintiff,<br><br>    v.<br><br>R. AYERS, JR.; A. COTA; R. W. FOX; J. PICKETT; D. LEE; T. HOLT; S. ROBINSON; and R. CRUZ;<br><br>            Defendants. | No. C 08-1473 WHA (PR)<br><br>**ORDER REFERRING PLAINTIFF TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL** |

This is a civil rights case filed pro se by a state prisoner. Plaintiff filed a first amended complaint against employees at San Quentin State Prison. The amended complaint was found to state a cognizable claim that defendants R. Ayers, Jr., A. Cota, R. W. Fox, J. Pickett, D. Lee, T. Holt, S. Robinson, and R. Cruz violated his right to equal protection by assigning him to a "walk alone" exercise yard because he is African-American. Defendants' summary judgment motion was granted in favor of defendant Ayers but denied to the other defendants because plaintiff had created a genuine issue of material fact as to whether they discriminated against him based upon his race. Plaintiff was thereafter granted leave to file a second amended complaint, which was dismissed in part. The case was referred to the Pro Se Prisoner Mediation Program, a mediation proceeding was held, but the case did not settle.

Plaintiff having requested and being in need of counsel to assist him in this matter, and good and just cause appearing,

IT IS ORDERED that plaintiff shall be referred to the Federal Pro Bono Project in the manner set forth below:

(1) The clerk shall forward to the Federal Pro Bono Project: (a) a copy of this order, (b) a copy of the docket sheet, and (c) a copy of the operative complaint and relevant court orders.

(2) Upon an attorney being located to represent plaintiff, that attorney shall be appointed as counsel for plaintiff in this matter until further order of the court.

(3) All proceedings in this action remain stayed until four weeks from the date an attorney is appointed to represent plaintiff in this action.

This order terminates docket number 74.

**IT IS SO ORDERED.**

Dated: April  29 , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\HAWTHORNE1473.REF.wpd

2