IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE,<br><br>    Plaintiff,<br><br>  v.<br><br>R. AYERS,<br><br>    Defendant.                   / | No. C 08-01473 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT because the Court will be in trial, the case management conference previously set for Thursday, August 11, 2011 at 11:00 a.m. has been **rescheduled to 3:00 p.m.** on the same day before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 5, 2011

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Frank Justiliano*
for Dawn Toland
Courtroom Deputy to the
Honorable William Alsup