# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

### JUDGE WILLIAM ALSUP

Date:  August 11, 2011                    Total Hearing Time: 1 minute

Case No.  C08-01473 WHA

Title:  CARLOS A. HAWTHORNE v. R. AYERS

Plaintiff Attorney(s): Jacob Foster

Defense Attorney(s): Michael Quinn

Deputy Clerk:  Dawn Toland                    Court Reporter: Sahar Bartlett

### PROCEEDINGS

1)  CMC - HELD

2)  _____

Complete Initial Disclosures (Rule 26): 8/19/11

Last Day to Seek Leave to Add/Amend: 9/30/11

Discovery Cutoff: 2/29/12

Last Day to File Motion: 4/5/12


Continued to ___ for Further Case Management Conference

Continued to  5/14/12 at 2:00 p.m.  for Pretrial Conference

Continued to  5/21/12 at 7:30 a.m.  for Trial


**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Cousins for mediation/settlement conference.