Brian P. Brosnahan (State Bar No. 112984)
Email: bbrosnahan@kasowitz.com
Jacob N. Foster (State Bar No. 250785)
Email: jfoster@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiff
CARLOS ANTHONY HAWTHORNE II

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ANTHONY HAWTHORNE II,<br><br>Plaintiff,<br><br>v.<br><br>R. AYERS, JR.; A. COTA; R.W. FOX; J. PICKETT; D. LEE; T. HOLT; S. ROBINSON; R. CRUZ; and DOES 1-50,<br><br>Defendants. | Case No: C 08-1473-WHA (PR)<br><br>**STIPULATION AND ORDER**<br><br>Action Filed: November 17, 2008 |

1  WHEREAS, on August 11, 2011, the Court granted Plaintiff up to and including
2  September 30, 2011, to move for leave to file an amended complaint or to add new parties;
3  WHEREAS, Plaintiff proposes to file the Third Amended Complaint, a copy of which is
4  attached hereto as Exhibit 1, and Defendants have stipulated to its filing pursuant to Federal Rule
5  of Civil Procedure 15(a)(2);
6  WHEREAS, the parties reached agreement on the terms of a stipulation and proposed
7  order for the filing of the proposed Third Amended Complaint, which are set forth below;
8  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel
9  for the parties:
10  1.  Plaintiffs may file their proposed Third Amended Complaint.
11  2.  Defendants waive no defenses that they may have to the claims of Plaintiff.

13  Dated: September 30, 2011          By:  /s/ Brian Brosnahan
                                            KASOWITZ BENSON TORRES & FRIEDMAN
14                                          LLP
15                                          *Attorneys for Plaintiff Carlos A. Hawthorne*

16  Dated: September 30, 2011          By:  /s/  Michael J. Quinn
17
                                            *Attorneys for Defendants Fox, Cruz, Pickett, Holt,*
18                                          *Lee, Robinson, and Cota*

19  PURSUANT TO STIPULATION, IT IS SO ORDERED:

20  Dated: October 7, 2011.            _____
21                                     William Alsup
22                                     UNITED STATES DISTRICT JUDGE