IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS A. HAWTHORNE,** | C 08-1473 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| **R. AYERS, Jr., et al.,** | |
| Defendants. | |

**TABLE OF CONTENTS**

**Page**

**THIS IS THE TABLE OF CONTENTS SECTION.
NO TABLE OF CONTENTS ENTRIES WERE FOUND!**

**TABLE OF AUTHORITIES**

**Page**

1 | Defendants Cota, Lee, Robinson, Cruz, Pickett, Holt, and Fox filed a Motion to Dismiss
2 | Plaintiff Carlos A. Hawthorne's request for incidental, compensatory, and punitive damages
3 | against Defendants in Plaintiff's third amended complaint under Rule 12(b)(6) of the Federal
4 | Rules of Civil Procedure on the ground that the request, which essentially asserts new claims
5 | against Defendants in their individual capacities, is time-barred. *Two Rivers v. Lewis*, 174 F.3d
6 | 987, 991 (9th Cir. 1998).

This Court, having considered the motion to dismiss, the opposing and reply papers, the Court's files, and for good cause appearing, grants Defendants' motion to dismiss.

IT IS HEREBY ORDERED THAT the request for incidental, compensatory, and punitive damages in Plaintiff's third amended complaint is dismissed with prejudice.

Dated: _____

_____
The Honorable William H. Alsup
U.S. District Court Judge

SF2009201592
20544147.doc

1

[Proposed] Order (C 08-1473 WHA)