**In the United States District Court
for the Northern District of California
Magistrate Judge Nathanael Cousins**

## CIVIL MINUTES

Date:   November 3, 2011                    Time: 2 hours

Case No: **C 08-01473 WHA (NC)**

Case Name:  **Carlos Hawthorne -v- R. Ayers, et al**

    Deputy Clerk:  Lili M. Harrell      Court Reporter:

    Attorneys:  Pltf: Jacob Foster      Deft: Michael J. Quinn

---

### PROCEEDINGS

[X]   SETTLEMENT CONFERENCE      []   FURTHER SETTLEMENT CONFERENCE

    []   Case settled

    [X]   Did not settle

    []   Partial settlement

**ORDERED AFTER HEARING**:  Defendants are ordered to send representative with full authority to resolve case, or will be ordered to show cause why sanctions should not be imposed, including payment of attorneys' fees and costs for the November 3 settlement conference.

**CASE CONTINUED TO**: November 29, 2011 at 1:30pm for further settlement conference.

Notes:

cc: