UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date:  <u>December 1, 2011</u>                                Total Hearing Time: 4 minutes

Case No.  <u>C08-001473 WHA</u>

Title: <u>HAWTHORNE</u> v. <u>AYERS</u>

Plaintiff Attorney(s): Jacob Foster

Defense Attorney(s): Michael Quinn

Deputy Clerk:  <u>Dawn Toland</u>                    Court Reporter: <u>Sahar Bartlett</u>

**PROCEEDINGS**

1)   <u>Motion Hearing - NOT HELD</u>

2)   <u>                                                        </u>

Continued to  <u>**12/15/11 at 8:00 am**</u>   for Motion to Dismiss

Continued to  <u>   </u>  for Pretrial Conference

Continued to  <u>   </u>  for Trial

**ORDERED AFTER HEARING:**

Parties have settled the case.  Motion is continued for two weeks to allow time for dismissal to be filed.