KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5726
  Fax: (415) 703-5843
  E-mail: Michael.Quinn@doj.ca.gov
*Attorneys for Defendants Cota, Lee, Robinson, Cruz, Pickett, Holt, and Fox*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS A. HAWTHORNE,**<br><br>                            Plaintiff,<br><br>v.<br><br>**R. AYERS, Jr., et al.,**<br><br>                            Defendants. | C 08-1473 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)** |

1  The following stipulation requests that the hearing on Defendants' motion to dismiss, set
2  for December 15, 2011, be extended to January 12, 2012 in order to provide the parties with
3  additional time to finalize the settlement agreement and file a dismissal in the case.

4  **STIPULATION**

5  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Carlos Hawthorne and Defendants
6  Cota, Lee, Robinson, Cruz, Pickett, Holt, and Fox, by and through their respective counsel,
7  stipulate and request as follows:

8  1. The parties reached an agreement to settle the case during a November 30, 2011
9  settlement conference before Magistrate Judge Cousins;

10  2. This Court continued the December 1, 2011 hearing on Defendants' motion to
11  dismiss to December 15, 2011 to allow time for the dismissal to be filed;

12  3. The parties are in the process of drafting the settlement agreement, but require
13  additional time to have the terms of the agreement further reviewed by both Plaintiff Hawthorne
14  and Defendants, and to file the dismissal;

15  4. With respect to Civil L.R. 6-2(a)(1), the parties have conferred and agree that
16  extension of the deadline is desirable because it will enable them to prepare the settlement
17  agreement and related documents;

18  5. With respect to Civil L.R. 6-2(a)(2), the previous time modifications in this action
19  include: (a) Defendants' motion to change time to file a dispositive motion, which was granted by
20  this Court on November 2, 2009 (Docket No. 48), and (b) Plaintiff's motion for an extension of
21  time to file a second amended complaint, which was granted by this Court on October 29, 2010
22  (Docket No. 66).

23  6. With respect to Civil L.R. 6-2(a)(3), a continuance of the hearing to January 12, 2012
24  will not delay other deadlines in the case, since the matter has settled.

25

26  THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUESTE that the Court
27  continue the hearing on Defendants' motion to dismiss to January 12, 2012.

28  By his signature below, and pursuant to General Order 45, counsel for Defendants attests

1

Stipulation and [Proposed] Order (C 08-1473 WHA)

that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated:  December 13, 2011	By:   /s/ *Jacob Foster*
	KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

	*Attorneys for Plaintiff Carlos Hawthorne*

Dated:  December 13, 2011	By:    /s/  *Michael J. Quinn*

	*Attorneys for Defendants Cota, Lee, Robinson, Cruz, Pickett, Holt, and Fox*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
	The Honorable William H. Alsup
	United States District Court Judge

SF2009201592
40497782.doc

2

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **C. A. Hawthorne v. R. Ayers, et al.** | No. | **C 08-1473 WHA** |

I hereby certify that on **December 13, 2011**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **STIPULATION AND PROPOSED ORDERCONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **December 13, 2011**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Carlos Anthony Hawthorne, K-67900**
**California State Prison - San Quentin**
**1 Main Street**
**San Quentin, CA 94964**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 13, 2011**, at San Francisco, California.

| D. Criswell | s/ D. Criswell |
|---|---|
| Declarant | Signature |

40498450.doc