1 | KAMALA D. HARRIS
Attorney General of California
2 | THOMAS S. PATTERSON
Supervising Deputy Attorney General
3 | MICHAEL J. QUINN
Deputy Attorney General
4 | State Bar No. 209542
 455 Golden Gate Avenue, Suite 11000
5 | San Francisco, CA  94102-7004
 Telephone:  (415) 703-5726
6 | Fax:  (415) 703-5843
 E-mail:  Michael.Quinn@doj.ca.gov
7 | *Attorneys for Defendants Cota, Lee, Robinson, Cruz, Pickett, Holt, and Fox*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS A. HAWTHORNE,**<br><br>                          Plaintiff,<br><br>     v.<br><br>**R. AYERS, Jr., et al.,**<br><br>                          Defendants. | C 08-1473 WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING ON<br>DEFENDANTS' MOTION TO DISMISS<br>UNDER RULE 12(b)(6)** |

1  The following stipulation requests that the hearing on Defendants' motion to dismiss, set
2  for December 15, 2011, be extended to January 12, 2012 in order to provide the parties with
3  additional time to finalize the settlement agreement and file a dismissal in the case.

4  **STIPULATION**

5  Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Carlos Hawthorne and Defendants
6  Cota, Lee, Robinson, Cruz, Pickett, Holt, and Fox, by and through their respective counsel,
7  stipulate and request as follows:

8  1. The parties reached an agreement to settle the case during a November 30, 2011
9  settlement conference before Magistrate Judge Cousins;

10  2. This Court continued the December 1, 2011 hearing on Defendants' motion to
11  dismiss to December 15, 2011 to allow time for the dismissal to be filed;

12  3. The parties are in the process of drafting the settlement agreement, but require
13  additional time to have the terms of the agreement further reviewed by both Plaintiff Hawthorne
14  and Defendants, and to file the dismissal;

15  4. With respect to Civil L.R. 6-2(a)(1), the parties have conferred and agree that
16  extension of the deadline is desirable because it will enable them to prepare the settlement
17  agreement and related documents;

18  5. With respect to Civil L.R. 6-2(a)(2), the previous time modifications in this action
19  include: (a) Defendants' motion to change time to file a dispositive motion, which was granted by
20  this Court on November 2, 2009 (Docket No. 48), and (b) Plaintiff's motion for an extension of
21  time to file a second amended complaint, which was granted by this Court on October 29, 2010
22  (Docket No. 66).

23  6. With respect to Civil L.R. 6-2(a)(3), a continuance of the hearing to January 12, 2012
24  will not delay other deadlines in the case, since the matter has settled.

25

26  THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUESTE that the Court
27  continue the hearing on Defendants' motion to dismiss to January 12, 2012.

28  By his signature below, and pursuant to General Order 45, counsel for Defendants attests

that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated:  December 13, 2011          By:   /s/ *Jacob Foster*
                                         KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                         *Attorneys for Plaintiff Carlos Hawthorne*

Dated:  December 13, 2011          By:   /s/ *Michael J. Quinn*

                                         *Attorneys for Defendants Cota, Lee, Robinson, Cruz, Pickett, Holt, and Fox*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  December 14, 2011.         _____
                                   William Alsup
                                   UNITED STATES DISTRICT JUDGE

SF2009201592
40497782.doc

2

Stipulation and [Proposed] Order (C 08-1473 WHA)