IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE, II,<br><br>    Plaintiff,<br><br>  v.<br><br>R. AYERS, JR., et al.,<br><br>    Defendant.<br>_____/ | No. C 08-01473 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING TIME** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the motion hearing previously set for January 12, 2012 at 8:00 a.m. has been rescheduled for **January 12, 2012 at 2:00 p.m.** before the Honorable William Alsup.  Please report to Courtroom 8, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

    Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited.  Please plan accordingly.

Dated:  January 9, 2012

FOR THE COURT,
Richard W. Wieking, Clerk

By: _____
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup