KAMALA D. HARRIS
Attorney General of California
THOMAS S. PATTERSON
Supervising Deputy Attorney General
MICHAEL J. QUINN
Deputy Attorney General
State Bar No. 209542
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5726
  Fax:  (415) 703-5843
  E-mail:  Michael.Quinn@doj.ca.gov
*Attorneys for Defendants Cota, Lee, Robinson, Cruz, Pickett, Holt, and Fox*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CARLOS A. HAWTHORNE,**<br><br>                            Plaintiff,<br><br>    v.<br><br>**R. AYERS, Jr., et al.,**<br><br>                            Defendants. | C 08-1473 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)** |

The following stipulation requests that the hearing on Defendants' motion to dismiss, set for January 12, 2012, be extended to February 9, 2012, to provide the parties with additional time to finalize the settlement agreement and file a dismissal in the case.

## **STIPULATION**

Under Civil Local Rules 6-2 and 7-12, Plaintiff Carlos Hawthorne and Defendants Cota, Lee, Robinson, Cruz, Pickett, Holt, and Fox, by and through their respective counsel, stipulate and request as follows:

1. The parties reached an agreement to settle the case during a November 30, 2011 settlement conference before Magistrate Judge Cousins;

2. This Court continued the December 1, 2011 hearing on Defendants' motion to dismiss to December 15, 2011 to allow time for the dismissal to be filed;

3. After the parties filed a stipulation on December 13, 2011, the court continued the December 15, 2011 hearing to January 12, 2012, to allow further time for the dismissal to be filed;

4. The parties are in the process of drafting the settlement agreement. However, they require additional time to resolve a number of outstanding issues concerning the phrasing of, and the parties' obligations under, the settlement agreement. Additional time is also needed to allow the terms of the agreement to be further reviewed by both Plaintiff Hawthorne and Defendants, and to file the dismissal;

5. With respect to Civil L.R. 6-2(a)(1), the parties have conferred and agree that extension of the deadline is desirable because it will enable them to prepare the settlement agreement and related documents;

6. With respect to Civil L.R. 6-2(a)(2), the previous time modifications in this action include: (a) Defendants' motion to change time to file a dispositive motion, which was granted by this Court on November 2, 2009 (Docket No. 48), and (b) Plaintiff's motion for an extension of time to file a second amended complaint, which was granted by this Court on October 29, 2010 (Docket No. 66).

7. With respect to Civil L.R. 6-2(a)(3), a continuance of the hearing to February 9, 2012 will not delay other deadlines in the case, since the matter has settled.

THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST that the Court continue the hearing on Defendants' motion to dismiss to February 9, 2012.

By his signature below, and under General Order 45, counsel for Defendants attests that counsel for all parties whose electronic signatures appear below have concurred in the filing of this Stipulation.

Dated: January 10, 2012          By:  /s/ *Jacob Foster*
                                 KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

                                 *Attorneys for Plaintiff Carlos Hawthorne*

Dated: January 10, 2012          By:  /s/ *Michael J. Quinn*

                                 *Attorneys for Defendants Cota, Lee, Robinson, Cruz, Pickett, Holt, and Fox*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____
The Honorable William H. Alsup
United States District Court Judge

SF2009201592
40511418.doc

2

Stipulation and [Proposed] Order (C 08-1473 WHA)

# CERTIFICATE OF SERVICE

| Case Name: | **C. A. Hawthorne v. R. Ayers, et al.** | No. | **C 08-1473 WHA** |
|---|---|---|---|

I hereby certify that on **January 10, 2012**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS UNDER RULE 12(b)(6)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 10, 2012**, at San Francisco, California.

| David Criswell | *s/ D. Criswell* |
|---|---|
| Declarant | Signature |

40512104.doc