IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE, II,<br><br>    Plaintiff,<br><br>  v.<br><br>R. AYERS, JR., et al.,<br><br>    Defendants.<br>_____/ | No. C 08-01473 WHA<br><br>**ORDER REGARDING CONTINUANCE OF HEARING ON MOTION TO DISMISS** |

    The parties have submitted a stipulation and proposed order seeking to extend the hearing on the motion to dismiss for a third time. The original hearing date was set for December 1, 2011. At that hearing, the parties explained they had reached a settlement agreement and requested the hearing be continued to December 15, 2011, to allow time for a dismissal to be filed. The parties requested a second continuance to allow further time for the dismissal to be filed. Now the parties seek to continue the hearing to February 9, 2012, to allow additional time to review the terms of the settlement agreement and file a dismissal. The hearing will be continued to **JANUARY 26, AT 2:00 P.M.** No further continuances will be granted.

    **IT IS SO ORDERED.**

Dated: January 11, 2011.

                                                      WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE