IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS A. HAWTHORNE, II,

    Plaintiff,

  v.

R. AYERS, JR; A. COTA; R.W. FOX; J. PICKETT; D. LEE; T. HOLT; S. ROBINSON; R. CRUZ,

    Defendants.

No. C 08-01473 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court is in receipt of the parties' notice of settlement and request to vacate the pretrial conference and trial date. The parties must submit the signed settlement by **NOON ON MAY 10, 2012**. No dates will be vacated until the signed settlement is received.

**IT IS SO ORDERED.**

Dated: May 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE