**United States District Court**<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. HAWTHORNE, II, | No. C 08-01473 WHA |
| Plaintiff, | |
| v. | **ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATES** |
| R. AYERS, JR; A. COTA; R.W. FOX; J. PICKETT; D. LEE; T. HOLT; S. ROBINSON; R. CRUZ, | |
| Defendants. | |

      The Court is in receipt of the signed settlement agreement resolving this action. Pursuant to the settlement agreement, defendants will make certain direct and restitution payments to plaintiff and on his behalf within 180 days of the signing of the settlement agreement. Plaintiff signed the settlement agreement on April 9, 2012, and defendants' attorney and the acting warden at San Quentin State Prison for California Department of Corrections and Rehabilitation signed on April 20, 2012. Defendants will file a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) once plaintiff's attorney provides written confirmation that the settlement payments have been received.

      Defendants shall submit a status update by **NOON ON NOVEMBER 1**, if a notice of

dismissal has not been filed at that time. The pretrial conference set for May 14, 2012, and the trial set for May 21, 2012 are hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: May 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2